

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00175-CV

| | | |
|---|---|---|
| Richard Brumfield | § | From the 348th District Court |
| | § | of Tarrant County (348-258173-12) |
| v. | | |
| | § | May 29, 2014 |
| Texas Department of Transportation | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Richard Brumfield shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier